** CITIES AND TOWNS — RESIDENTS OF COUNTY ** UNDER 11 O.S. 22-127 [11-22-127] — A MUNICIPALITY OF LESS THAN FIVE THOUSAND(5,000) POPULATION MAY BY A PROPERLY ENACTED ORDINANCE REQUIRE ITS EMPLOYEES NOT BE A RESIDENT OF SUCH MUNICIPALITY, BUT A MUNICIPALITY OF FIVE THOUSAND (5,000) POPULATION OR MORE MAY NOT IMPOSE SUCH REQUIREMENT. (RESIDENCY) CITE: 11 O.S. 571 [11-571], 11 O.S. 160 [11-160], 11 O.S. 22-127 [11-22-127] (MICHAEL JACKSON)